## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRONOS TECHNOLOGIES, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>EXPEDIA, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 13-1538-LPS |
| CRONOS TECHNOLOGIES, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PRICELINE.COM, INCORPORATED  )<br>(n/k/a THE PRICELINE GROUP INC.) and  )<br>PRICELINE.COM LLC,  )<br>)<br>Defendants.  ) | C.A. No. 13-1541-LPS |
| CRONOS TECHNOLOGIES, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TRAVELOCITY.COM L.P.,  )<br>)<br>Defendant.  ) | C.A. No. 13-1544-LPS |

## ORDER

**IT IS HEREBY ORDERED** that:

1. No later than July 28, 2016, Plaintiff shall serve an expert report ("Plaintiff's Supplemental Report"), authored by a single expert ("Plaintiff's Expert") and being no longer than five (5) pages, addressing only the impact of the Court's claim construction opinion and

order of July 22, 2016 (D.I. 242, 243) on the issue of infringement, both literal and under the doctrine of equivalents.

2. No later than August 2, 2016, Plaintiff shall make Plaintiff's Expert available for deposition by Defendants, which deposition shall last no longer than two (2) hours and shall be limited to the subject matter of Plaintiff's Supplemental Report.

3. No later than August 4, 2016, Defendants shall serve an expert report ("Defendants' Supplemental Report"), authored by a single expert ("Defendants' Expert") and being no longer than five (5) pages, addressing only the issues raised in Plaintiff's Supplemental Report.

4. No later than August 9, 2016, Defendants shall make Defendants' Expert available for deposition by Plaintiff, which deposition shall last no longer than two (2) hours and shall be limited to the subject matter of Defendants' Supplemental Report.

5. No later than August 11, 2016, the parties shall submit letter briefs, no longer than three (3) pages each, including argument related to Plaintiff's or Defendants' Supplemental Reports.

6. No later than August 12, 2016, the parties shall submit letters briefs, no longer than two (2) pages each, including argument related to Plaintiff's or Defendants' Supplemental Reports.

7. The pretrial conference scheduled for July 29, 2016 is **CANCELLED** and rescheduled for August 17, 2016 at 3:00 p.m.

July 26, 2016
Wilmington, Delaware

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE